| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA & ROBBINS LLP |
| 2 | PATRICK J. COUGHLIN (111070) |
| | 100 Pine Street, Suite 2600 |
| 3 | San Francisco, CA  94111 |
| | Telephone:  415/288-4545 |
| 4 | 415/288-4534 (fax) |
| | – and – |
| 5 | WILLIAM S. LERACH (68581) |
| | DARREN J. ROBBINS (168593) |
| 6 | TOR GRONBORG (179109) |
| | 401 B Street, Suite 1700 |
| 7 | San Diego, CA  92101 |
| | Telephone:  619/231-1058 |
| 8 | 619/231-7423 (fax) |
| 9 | Attorneys for Plaintiff |
| 10 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LEAL, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>E.PIPHANY, INC., et al.,<br><br>                Defendants. | Case No. C-04-2616-VRW<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) |

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2        WHEREAS, plaintiff Jorge Leal filed a class action complaint on behalf of himself and all
3  others similarly situated against E.Piphany, Inc., Phillip M. Fernandez, Roger S. Siboni and Karen
4  A. Richardson on June 29, 2004 styled *Leal v. E.Piphany, Inc., et al.*, Case No. C-04-2616-VRW
5  ("Complaint"); and

6        WHEREAS, plaintiff Jorge Leal has consented to voluntary dismissal of this action and
7  withdrawal of his counsel's representation;

8        NOW, THEREFORE, NOTICE IS HEREBY GIVEN that:

9        1.    Pursuant to Federal Rule of Civil Procedure 41(a)(1), Jorge Leal voluntarily dismisses
10 the Complaint of this action without prejudice; and

11       2.    Lerach Coughlin Stoia & Robbins LLP and Bruce G. Murphy hereby withdraw from
12 representation of Jorge Leal's interest in this action.

13 DATED: July 28, 2004

LERACH COUGHLIN STOIA
  & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
TOR GRONBORG


        /S/ TOR GRONBORG
        TOR GRONBORG

401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA
  & ROBBINS LLP
PATRICK J. COUGHLIN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY


        /S/ BRUCE G. MURPHY
        BRUCE G. MURPHY

NOTICE OF VOLUNTARY DISMISSAL - C-04-2616-VRW    - 1 -

265 Llwyds Lane
Vero Beach, FL  32963
Telephone:  772/231-4202
772/234-0440 (fax)

Attorneys for Plaintiff

I, Tor Gronborg, am the ECF User whose ID and password are being used to file this NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1).  In compliance with General Order 45, §X.B., I hereby attest that Bruce G. Murphy has concurred with this filing.

/S/ TOR GRONBORG
TOR GRONBORG

S:\CasesSD\E.piphany\NOT00011860.doc